JS 44C/SDNY
REV. 4/2014

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
KNOWME SYSTEMS, INC.

DEFENDANTS
APPUSEND, LLC

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
POWLEY & GIBSON, P.C.
304 Hudson Street, Suite 202
New York, NY  10013

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Trademark infringement (15 U.S.C. § 1114 and common law), false designation of origin (15 U.S.C. § 1125); unfair competition (NY law)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes [ ] Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No [x]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                   NATURE OF SUIT

                                       TORTS                                                    ACTIONS UNDER STATUTES

CONTRACT                    PERSONAL INJURY          PERSONAL INJURY                FORFEITURE/PENALTY    BANKRUPTCY              OTHER STATUTES
                                                     [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE          [ ] 310 AIRPLANE         PHARMACEUTICAL PERSONAL        [ ] 625 DRUG RELATED  [ ] 422 APPEAL           [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY           SEIZURE OF PROPERTY        28 USC 158      [ ] 400 STATE
[ ] 130  MILLER ACT                 LIABILITY        [ ] 365 PERSONAL INJURY            21 USC 881        [ ] 423 WITHDRAWAL              REAPPORTIONMENT
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &         PRODUCT LIABILITY     [ ] 690 OTHER                  28 USC 157       [ ] 410 ANTITRUST
         INSTRUMENT                 SLANDER          [ ] 368 ASBESTOS PERSONAL                                                     [ ] 430 BANKS & BANKING
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL                  INJURY PRODUCT                                                        [ ] 450 COMMERCE
         OVERPAYMENT &              EMPLOYERS'               LIABILITY                                   PROPERTY RIGHTS           [ ] 460 DEPORTATION
         ENFORCEMENT                LIABILITY                                                                                      [ ] 470 RACKETEER INFLU-
         OF JUDGMENT        [ ] 340 MARINE           PERSONAL PROPERTY                                    [ ] 820 COPYRIGHTS              ENCED & CORRUPT
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                                                        [ ] 830 PATENT                  ORGANIZATION ACT
[ ] 152  RECOVERY OF                LIABILITY        [ ] 370 OTHER FRAUD                                  [x] 840 TRADEMARK               (RICO)
         DEFAULTED          [ ] 350 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING                                                      [ ] 480 CONSUMER CREDIT
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                                                  [ ] 490 CABLE/SATELLITE TV
         (EXCL VETERANS)            PRODUCT LIABILITY                                                    SOCIAL SECURITY
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL                                                                                 [ ] 850 SECURITIES/
         OVERPAYMENT                INJURY           [ ] 380 OTHER PERSONAL         LABOR                 [ ] 861 HIA (1395ff)            COMMODITIES/
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -        PROPERTY DAMAGE                              [ ] 862 BLACK LUNG (923)        EXCHANGE
         BENEFITS                   MED MALPRACTICE  [ ] 385 PROPERTY DAMAGE        [ ] 710 FAIR LABOR    [ ] 863 DIWC/DIWW (405(g))
[ ] 160  STOCKHOLDERS                                        PRODUCT LIABILITY              STANDARDS ACT [ ] 864 SSID TITLE XVI
         SUITS                                                                      [ ] 720 LABOR/MGMT    [ ] 865 RSI (405(g))      [ ] 890 OTHER STATUTORY
[ ] 190  OTHER                                       PRISONER PETITIONS                     RELATIONS                                      ACTIONS
         CONTRACT                                    [ ] 463 ALIEN DETAINEE         [ ] 740 RAILWAY LABOR ACT                      [ ] 891 AGRICULTURAL ACTS
[ ] 195  CONTRACT                                    [ ] 510 MOTIONS TO             [ ] 751 FAMILY MEDICAL FEDERAL TAX SUITS
         PRODUCT            ACTIONS UNDER STATUTES           VACATE SENTENCE        LEAVE ACT (FMLA)
         LIABILITY                                           28 USC 2255                                  [ ] 870 TAXES (U.S. Plaintiff or  [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE          CIVIL RIGHTS             [ ] 530 HABEAS CORPUS          [ ] 790 OTHER LABOR            Defendant)              MATTERS
                                                     [ ] 535 DEATH PENALTY                  LITIGATION    [ ] 871 IRS-THIRD PARTY   [ ] 895 FREEDOM OF
                            [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER     [ ] 791 EMPL RET INC           26 USC 7609              INFORMATION ACT
REAL PROPERTY                       (Non-Prisoner)                                          SECURITY ACT (ERISA)                   [ ] 896 ARBITRATION
                            [ ] 441 VOTING                                                                                         [ ] 899 ADMINISTRATIVE
[ ] 210  LAND               [ ] 442 EMPLOYMENT       PRISONER CIVIL RIGHTS          IMMIGRATION                                            PROCEDURE ACT/REVIEW OR
         CONDEMNATION       [ ] 443 HOUSING/                                                                                               APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE                ACCOMMODATIONS   [ ] 550 CIVIL RIGHTS           [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &       [ ] 445 AMERICANS WITH   [ ] 555 PRISON CONDITION               APPLICATION                            [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                  DISABILITIES -   [ ] 560 CIVIL DETAINEE         [ ] 465 OTHER IMMIGRATION                              STATE STATUTES
[ ] 240  TORTS TO LAND              EMPLOYMENT               CONDITIONS OF CONFINEMENT      ACTIONS
[ ] 245  TORT PRODUCT       [ ] 446 AMERICANS WITH
         LIABILITY                  DISABILITIES -OTHER
[ ] 290  ALL OTHER          [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $_____   OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND:  [x] YES  [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)                            **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)   **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
KNOWME SYSTEMS, INC.
270 Lafayette Street
New York, NY 10012
New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
APPUSEND, LLC
7100 E. Pleasant Valley Road
Suite 120
Independence, OH 44131

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 11/12/15   SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                                                         [ ] NO
                                                                                                          [X] YES (DATE ADMITTED Mo. May   Yr. 1987 )
RECEIPT #                                                                                               Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)